

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00349-CR

| | | |
|---|---|---|
| ROSS THOMAS BRANTLEY III, Appellant | § | On Appeal from Criminal District Court No. 1 |
| | § | of Tarrant County (1609793R) |
| v. | § | August 19, 2021 |
| | § | Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
      Justice Brian Walker